No. 88–1904. WALKER TOWING CORP. ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1906. NASH *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1909. CSX CORP. ET AL. *v.* FOLKSTONE MARITIME, LTD., ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1910. OVERMYER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1913. SMITH ET AL. *v.* CITY OF BRENHAM, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 88–1914. OSBORNE *v.* STONE ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 88–1917. DANIELSON *v.* BANK OF AMERICA, NT & SA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–1918. LOUISIANA SOCIETY OF INDEPENDENT ACCOUNTANTS ET AL. *v.* LOUISIANA ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 88–1919. CITY OF HAWTHORNE ET AL. *v.* WRIGHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1920. AQUARIAN FOUNDATION ET AL. *v.* LAW OFFICES OF EDWARDS & BARBIERI. Ct. App. Wash. Certiorari denied.

No. 88–1921. MORGAN *v.* WHITT ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1922. SCHERING CORP. *v.* OPTICAL RADIATION CORP. C. A. Fed. Cir. Certiorari denied.

No. 88–1923. CITIZENS OF ILLINOIS *v.* UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.